**So Ordered.**



_Patricia C. Williams_
Patricia C. Williams
Bankruptcy Judge

**Dated: October 15th, 2013**

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re: | DC Case No. 11-cv-00364-RMP |
| LLS AMERICA, LLC, | Case No. 09-06194-PCW11 |
| Debtor(s). | |
| BRUCE P. KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC, | Adversary No. 11-80295-PCW11 |
| Plaintiff(s), | REPORT AND RECOMMENDATION RE: JUDGMENT AGAINST DEFENDANT MASTERLINE DESIGN |
| vs. | |
| 1418490 ONTARIO, LTD., et al., | |
| Defendant(s). | |

Attached is the judgment proposed to be entered by the plaintiff. The judgment is based upon the court's Order Granting Motion for Partial Summary Judgment (ECF No. 614), which was entered September 24, 2013 due to defendant Masterline Design's failure to appear at the status conference regarding the motion or otherwise respond to said motion.

REPORT AND RECOMMENDATION RE: JUDGMENT ~ Page 1

1    Based on that order and utilizing the notice and hearing procedure, the plaintiff

2    filed a Notice of Presentment of the judgment (ECF No. 616) on September 25, 2013.

3    Said notice was served on the defendant on the same date (ECF No. 617). The notice

4    stated that the judgment would be presented to the bankruptcy court ex-parte for its

5    recommendation for entry of the judgment by the District Court unless a response was

6    received from defendant Masterline Design no later than October 9, 2013. No

7    response was received by the plaintiff or filed with the court.

## **Recommendation**

9    The recommendation is that the judgment attached hereto should be entered

10   against defendant Masterline Design.

11   ///END OF REPORT AND RECOMMENDATION///

Thomas D. Cochran, WSBA No. 5910
Duane M. Swinton, WSBA No. 8354
Shelley N. Ripley, WSBA No. 28901
Matthew A. Mensik, WSBA No. 44260
Witherspoon • Kelley, PS
422 W. Riverside, Suite 1100
Spokane, WA  99201
Phone: (509) 624-5265; Fax: (509) 458-2717

Attorneys for Bruce P. Kriegman, Chapter 11 Trustee

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>LLS AMERICA, LLC, *et al.*,<br><br>     Debtors. | Case No. 11-CV-00364-RMP<br><br><br>No. 09-06194-PCW11 |
| BRUCE P. KRIEGMAN, solely in his capacity as court-appointing Chapter 11 Trustee for LLS America, LLC,<br><br>     Plaintiff,<br><br> v.<br><br>1418490 ONTARIO, LTD. et al.,<br><br>     Defendant(s). | Adversary No. 11-80295<br><br>JUDGMENT RE: MASTERLINE DESIGN |

## JUDGMENT SUMMARY

1.  Judgment Creditor:      Plaintiff Bruce P. Kriegman

2.  Attorney(s) for Judgment Creditors: Matthew A. Mensik

JUDGMENT RE: MASTERLINE DESIGN - 1

S0780017.DOCX

**WK** WITHERSPOON·KELLEY
Attorneys & Counselors
422 W. Riverside Avenue, Suite 1100  Phone: 509.624.5265
Spokane, Washington 99201-0300  Fax: 509.458.2728

3.      Judgment Debtor:              Masterline Design

4.      Attorney for Judgment Debtor(s):    None

5.      Amount of Judgment:          $13,283.33 CAD

6.      Amount of Interest Owed to
        Date of Judgment:            $0.00

7.      Interest Rate:                0.13% per annum

## JUDGMENT

Based on the Order Granting Motion for Summary Judgment, judgment in this matter is entered as follows:

1.      Plaintiff Bruce P. Kriegman is awarded judgment against Defendant Masterline Design in the amount of $13,283.33 CAD, plus post-judgment interest at the rate of 0.13 percent per annum.

Entered this ____ day of _____, 2013.

_____
HONORABLE ROSANNA PETERSON

Presented by:

WITHERSPOON • KELLEY

 _/s/ Matthew A. Mensik_____
Matthew A. Mensik, WSBA No. 44260
Attorneys for Plaintiff

JUDGMENT RE: MASTERLINE DESIGN - 2

S0780017.DOCX

**WK** WITHERSPOON·KELLEY
Attorneys & Counselors
422 W. Riverside Avenue, Suite 1100    Phone: 509.624.5265
Spokane, Washington 99201-0300    Fax: 509.458.2728