**So Ordered.** 

Patricia C. Williams
Bankruptcy Judge

**Dated: October 25th, 2013**

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re: | DC No. 11-CV-364-RMP |
| LLS AMERICA, LLC, | Case No. 09-06194-PCW11 |
| Debtor(s). | |
| BRUCE P. KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC, | Adversary No. 11-80295-PCW11 |
| Plaintiff(s), | REPORT AND RECOMMENDATION RE: PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANT MARIANNE BENNETT (ECF NO. 663) |
| vs. | |
| 1418490 ONTARIO, LTD., et al., | |
| Defendant(s). | |

The Honorable Patricia C. Williams, sitting in the United States Bankruptcy Court for the Eastern District of Washington, hereby files this Report and Recommendation regarding plaintiff's Motion for Entry of Default Judgment Against Defendant Marianne Bennett (ECF No. 663) filed with the bankruptcy court in this adversary proceeding.

REPORT AND RECOMMENDATION RE: . . . ~ Page 1

This Report and Recommendation is made pursuant to the Honorable Rosanna Malouf Peterson's Order Withdrawing the Reference and Referring to Bankruptcy Court for Further Proceedings entered on April 25, 2012 (ECF No. 28) in district court case No. 11-CV-364-RMP.

The recommendation is that plaintiff's Motion for Entry of Default Judgment Against Defendant Marianne Bennett (ECF No. 663) be granted and the attached Default Judgment be entered in this adversary proceeding. The basis for this recommendation is that an Order of Default was entered by the bankruptcy court on October 3, 2013 (ECF No. 637).

///END OF REPORT AND RECOMMENDATION///

Shelley N. Ripley, WSBA No. 28901
Daniel J. Gibbons, WSBA No. 33036
WITHERSPOON • KELLEY
422 W. Riverside, Suite 1100
Spokane, WA 99201
Telephone: (509) 624-5265; Facsimile: (509) 458-2717
Attorneys to Bruce P. Kriegman, Liquidating Trustee

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re: | US District Case No. 11-CV-00364 |
| LLS AMERICA, LLC, | Bankruptcy No. 09-06194-PCW11 |
| Debtor. | |
| BRUCE P. KRIEGMAN, Liquidating Trustee under the Liquidating Trust for LLS America LLC, | Adversary No. 11-80295-PCW 11 |
| | DEFAULT JUDGMENT AGAINST DEFENDANT MARIANNE BENNETT |
| Plaintiff, | |
| v. | |
| 1418490 ONTARIO, LTD., et al., | |
| Defendants. | |

## JUDGMENT SUMMARY

1. Judgment Creditor:           Plaintiff Bruce P. Kriegman

2. Attorney(s) for Judgment
   Creditors:                   Witherspoon Kelley

3. Judgment Debtors:            Marianne Bennett

4. Attorney for Judgment Debtor(s):   None

DEFAULT JUDGMENT- 1

S0790537.DOCX

WITHERSPOON•KELLEY
Attorneys & Counselors
422 W. Riverside Avenue, Suite 1100    Phone: 509.624.5265
Spokane, Washington 99201-0300         Fax: 509.458.2728

11-80295-FPC    Doc 673    Filed 10/25/13    Entered 10/28/13 13:13:21    Pg 3 of 5

| 5. | Amount of Judgment: | $ 21,900.00 CAD |
| --- | --- | --- |
|   |   | $    250.00 USD |
| 6. | Amount of Interest Owed to Date of Judgment: | $ 0.00 |
| 7. | Interest Rate: | 0.11% per annum |

## JUDGMENT

The Bankruptcy Court having previously entered an Order of Default against Defendant Marianne Bennett (Adv. Doc. No. 637), and having reviewed the previously filed Memorandum of Authorities (Adv. Doc. No. 599), and the Affidavits of Curtis Frye and Shelley Ripley in Support of Plaintiff's Motion for Default Judgment filed herewith, and being fully advised in the premises,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Plaintiff, Bruce P. Kriegman, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC, shall have a judgment against the Defendant Marianne Bennett, as follows:

1. Monetary Judgment in the amount of $21,900.00 CAD, pursuant to 11 U.S.C. § 550 and RCW 19.40.071;

2. Transfers in the amount of $19,900.00 CAD made to the Defendant within four years prior to the Petition Filing Date are hereby avoided and Plaintiff may take all necessary action to preserve the same, pursuant to 11 U.S.C. §§ 544, 550, 551 and 548(a) and (b) and RCW 19.40.041(1) and (2) and RCW 19.40.071;

DEFAULT JUDGMENT- 2

S0790537.DOCX

**WK** WITHERSPOON·KELLEY
Attorneys & Counselors

422 W. Riverside Avenue, Suite 1100    Phone: 509.624.5265
Spokane, Washington 99201-0300    Fax: 509.458.2728

11-80295-FPC    Doc 673    Filed 10/25/13    Entered 10/28/13 13:13:21    Pg 4 of 5

3. Transfers in the amount of $2,000.00 CAD made to Defendant more than four years prior to the Petition Filing Date are hereby avoided and Plaintiff may take all necessary action to preserve the same, pursuant to 11 U.S.C. §§ 544, 550 and 551 and RCW 19.40.041(1) and 19.40.071;

4. All said transfers to Defendant Marianne Bennett are hereby set aside and Plaintiff shall be entitled to recover the same, or the value thereof, from Defendant Marianne Bennett for the benefit of the estate of LLS America, pursuant to 11 U.S.C. §§ 544, 550 and 551;

5. Defendant Marianne Bennett did not file a proof of claim in Debtor's bankruptcy proceedings.

6. A constructive trust is hereby established over the proceeds of all transfers in favor of the Trustee for the benefit of the estate of LLS America; and

7. Plaintiff is hereby awarded costs (i.e. filing fee) in the amount of $250.00 USD, for a total judgment of $21,900.00 CAD, plus $250.00 USD, which shall bear interest equal to the weekly average of one-year constant maturity (nominal) treasury yield as published by the Federal Reserve System.

Entered this ___ day of _____, 2013.

_____
HONORABLE ROSANNA MALOUF PETERSON

*Presented by:*
WITHERSPOON · KELLEY

 *s/ Shelley N. Ripley*
Shelley N. Ripley, WSBA No. 28901
Attorneys for Plaintiff

DEFAULT JUDGMENT- 3

S0790537.DOCX

**WK** WITHERSPOON·KELLEY
Attorneys & Counselors
422 W. Riverside Avenue, Suite 1100   Phone: 509.624.5265
Spokane, Washington 99201-0300        Fax: 509.458.2728